**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:           August 14, 2015

Courtroom Deputy:   Kathleen Finney
Court Reporter:       Tracy Weir
Probation Officer:     Andrea Bell
Interpreter:

---

**Criminal Action No.  13-cr-00142-REB-9**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,        Bradley Giles

      Plaintiff,

v.

9.  OMAR TORRES,                      Jeralyn Merritt

      Defendant.

---

**SENTENCING MINUTES**

---

**9:18 a.m.**      **Court in session.**

Appearances of counsel.

Defendant is present in custody.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and

addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Also pending and relevant to sentencing are the following: the **Government's Rule 48 Motion to Dismiss the Superseding Criminal Indictment (ECF No. 107) as to Defendant Omar Torres** [#595] filed July 15, 2015; the **Government's Motion for Downward Adjustment** [#601] filed July 17, 2015; the **Government's Objection to Pre-Sentence Report** [#602] filed July 17, 2015; the defendant's **Objections to Presentence Report** [#608] filed July 23, 2015; and the defendant's **Motion for Downward Departure and/or Non-Guideline Sentence (Variance)** [#612] filed July 25, 2015.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows: the **Government's Rule 48 Motion to Dismiss the Superseding Criminal Indictment (ECF No. 107) as to Defendant Omar Torres** [#595] is **GRANTED**; the **Government's Motion for Downward Adjustment** [#601] is **GRANTED**; the defendant's **Motion for Downward Departure and/or Non-Guideline Sentence (Variance)** [#612] is **DENIED AS MOOT**;

3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count One of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **forty-one (41) months**;

5. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years**; provided furthermore, that within 72 hours of defendant's release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the U.S. probation department within the district to which he is released;

6. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

- all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

- all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

- the following explicit or special conditions of supervised release:

    - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm, destructive device, or dangerous weapon as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

    - that the defendant shall submit to one drug test within fifteen (15) days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

    - that the defendant shall comply with the three special and explicit conditions of supervised release as recommended by the probation officer in the Revised Sentencing Recommendation [#616] on page R-3

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585;

10. That this court recommends that the Bureau of Prisons designate the defendant to a correctional institution in the State and District of Colorado, with an opportunity to participate in and complete RDAP; and

11. That the defendant is remanded to the custody of the United States Marshal.

The defendant is advised of the right to appeal the sentence imposed by the court.

**9:44 a.m.   Court in recess.**

Total time in court: 00:26

Hearing concluded.